UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY N. McCLENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:05CV1316 HEA |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss, [#20], which was filed on April 3, 2006. Defendant moves this Court to dismiss Plaintiff's complaint due to his violation of this Court's March 24, 2006 Order, wherein Plaintiff was ordered to comply with Defendant's discovery requests within 5 days. To date, Plaintiff has failed to comply with Defendant's discovery requests and has failed to respond to Defendant's Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that within five (5) days of the date of this Order, Plaintiff shall comply with Defendant's discovery requests or show cause as to why Plaintiff's requests are unreasonable or otherwise outside the purview of the Federal Rules of Civil Procedure. Failure to comply with this Order shall result in a dismissal of the matter without prejudice.

Dated this 2nd day of May, 2006.

_____

HENRY  EDWARD AUTREY

UNITED STATES DISTRICT JUDGE